## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMIE GAHRING

      v.

WORKERS' COMPENSATION APPEAL
BOARD (R AND R BUILDERS AND
STOUDT'S BREWING COMPANY)


PETITION OF: STOUDT BREWING
COMPANY AND DONEGAL MUTUAL
INSURANCE COMPANY

: No. 946 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 4th day of April, 2016, the Petition for Allowance of Appeal and Application for Supersedeas are **DENIED**.